IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 1:18-cv-00043

| | |
|---|---|
| RICARDO ROWLAND and KENNETH SPURLOCK, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| MID-AMERICA APARTMENTS, LP d/b/a COLONIAL GRAND AT RESEARCH PARK and THE PRESERVE AT BRIER CREEK, | ) ) ) ) ) |
| Defendant. | ) |

**CONSENT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Ricardo Rowland and Kenneth Spurlock ("Plaintiffs"), on behalf of themselves and all others similarly situated (the "Classes" as further defined below), and Mid-America Apartments, L.P. d/b/a Colonial Grand at Research Park and The Preserve at Brier Creek ("Defendant") (collectively referred to as "the Parties") have entered into a Settlement Agreement and Release which is attached hereto as **Exhibit A**. Plaintiffs now move for an Order certifying the Classes, appointing Class Counsel, approving the content, form, and manner of notice proposed to be sent to all members of the Classes, and scheduling a fairness hearing. Plaintiffs' counsel has consulted with Defendant's counsel regarding this motion, and Defendant does not oppose this Motion.

For the reasons described in Plaintiffs' memorandum of law in support of this

motion, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order on Preliminary Approval of Class Action Settlement, attached hereto as **Exhibit B:**

1. Certifying the Collection Letter Class for the purpose of the proposed class action settlement;

2. Certifying the Eviction Fee Class for the purpose of the proposed class action settlement;

3. Appointing Class Counsel;

4. Approving the content, form, and manner of notice proposed to be sent to all members of the Settlement Classes.

Respectfully submitted, this 27th day of November, 2019.

WHITFIELD BRYSON & MASON LLP

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
Patrick M. Wallace
N.C Bar No.: 48138
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
scott@wbmllp.com
pat@wbmllp.com

MAGINNIS LAW, PLLC

Edward H. Maginnis
N.C. State Bar No. 39317
Karl S. Gwaltney
N.C. State Bar No. 45118
4801 Glenwood Avenue, Suite 310
Raleigh, North Carolina 27612
Telephone: 919-526-0450
Fax: 919-882-8763
emaginnis@maginnislaw.com
kgwaltney@maginnislaw.com

*Attorneys for Plaintiffs Ricardo Rowland, Kenneth Spurlock and the putative classes*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 1:18-cv-00043

| | |
|---|---|
| RICARDO ROWLAND and KENNETH SPURLOCK, <br><br> Plaintiffs, <br><br> v. <br><br> MID-AMERICA APARTMENTS, LP d/b/a COLONIAL GRAND AT RESEARCH PARK and THE PRESERVE AT BRIER CREEK, <br> Defendants. | **CERTIFICATE OF SERVICE** |

    I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all counsel of record including the following:

    Mark P. Henriques
    mark.henriques@wbd-us.com

    Michael A. Ingersoll
    Mike.ingersoll@wbd-us.com

    Matthew F. Tilley
    Matthew.Tilley@wbd-us.com

    Debbie W. Harden
    Debbie.Harden@wbd-us.com

This the 27th day of November, 2019.

                                                  /s/ *Scott C. Harris*
                                                  Scott C. Harris