IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 1:18-cv-00043

| | |
|---|---|
| RICARDO ROWLAND and KENNETH SPURLOCK, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **UNOPPOSED MOTION FOR**<br>) **FINAL APPROVAL OF CLASS**<br>) **ACTION SETTLEMENT** |
| MID-AMERICA APARTMENTS, LP d/b/a COLONIAL GRAND AT RESEARCH PARK and THE PRESERVE AT BRIER CREEK, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

Plaintiffs Ricardo Rowland and Kenneth Spurlock ("Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully move the Court for an order granting final approval to the settlement in this class action and providing such other and further relief as this Court deems just and proper.

For the reasons described in Plaintiffs' memorandum of law in support of this motion, Plaintiffs respectfully requests that this Court grant the motion and enter the proposed Order and proposed Judgment.

Respectfully submitted, July 28, 2020.

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
Patrick M. Wallace

N.C Bar No.: 48138
WHITFIELD BRYSON LLP
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
scott@whitfieldbryson.com
pat@whitfieldbryson.com

Edward H. Maginnis
N.C. State Bar No. 39317
Karl S. Gwaltney
N.C. State Bar No. 45118
MAGINNIS LAW, PLLC
4801 Glenwood Avenue, Suite 310
Raleigh, North Carolina 27612
Telephone: (919) 526-0450
Fax: (919) 882-8763
emaginnis@maginnislaw.com
kgwaltney@maginnislaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of the filing to all parties of record.

WHITFIELD BRYSON LLP

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
scott@whitfieldbryson.com
